## 61204. MARTIN v. HERR et al.

Pope, Judge.

First Federal Savings and Loan Association filed suit against appellant Clarence L. Martin to recover the balance due on a note plus interest. Martin in turn filed this third-party action against Shirley E. Herr (now Hamilton), her husband Harry M. Hamilton and NCNB Mortgage South, Inc. Martin brings this appeal from the trial court's order dismissing the third-party complaint as to Shirley E. Herr Hamilton and Harry M. Hamilton for failure to state a claim upon which relief can be granted.

"Since the order adjudicating less than all the claims does not provide for the entry of a final judgment as to the third-party

defendant[s] 'upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment' as provided by CPA § 54 (b) (Code Ann. § 81A-154 (b)), and since there is no certificate as provided for by the 1968 amendment to the Appellate Practice Act (Ga. L. 1968, pp. 1072, 1073; Code Ann. § 6-701 (a) 2), there is no appealable judgment. Accordingly, the appeal must be dismissed." *D. Davis & Co. v. Plunkett,* 119 Ga. App. 453 (167 SE2d 663) (1960); *Walker v. Robinson,* 232 Ga. 361 (1) (207 SE2d 6) (1974). See *Culwell v. Lomas & Nettleton Co.,* 242 Ga. 242 (248 SE2d 641) (1978).

*Appeal dismissed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED APRIL 22, 1981.

*James F. Bass, Jr.,* for appellant.
*Kathleen Horn, Joseph B. Bergen, William R. Coleman, Jr.,* for appellees.